IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FERRARA CANDY CO., | Civil Action No. 1:15-cv-06110 |
| Plaintiff, | Honorable Elaine E. Bucklo |
| | **NOTICE OF DISMISSAL** |
| TRINITYSUN INC. D/B/A EVAPE.US, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ferara Candy Co. voluntarily dismisses its Complaint against Defendant TrinitySun Inc. d/b/a Evape.us, without prejudice.

Respectfully Submitted,

Date: August 5, 2015

/Robert W. Sacoff/

MERCHANT & GOULD, P.C.
Scott Johnston, Esq.
Thomas J. Leach, Esq.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: 612.332.5300

PATTISHALL, MCAULIFFE, NEWBURY,
  HILLIARD & GERALDSON LLP
Robert W. Sacoff, Esq.
Phillip Barengolts, Esq.
Seth I. Appel, Esq.
200 South Wacker Drive, Suite 2900
Chicago, Illinois 60606
Telephone: 312.554.7984

*Attorneys for Ferrara Candy Co.*